**James R. YOCOM, Appellant,**

v.

**Thomas HUNT et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Rehearing Denied Feb. 15, 1974.

Robert D. Hawkins, Thomas L. Ferreri, Dept. of Labor, Frankfort, for appellant.

C. Kilmer Combs, Combs & Combs, Baird & Baird, Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

**Joe Wallace PAGE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

Rehearing Denied May 24, 1974.

Kenneth F. Osborne, Louisville-Jefferson County Public Defender, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.

**Waldo E. RAYBOURNE, Appellant,**

v.

**EYERISH & GARASCH, and Ellis B. Brown et al., Appellees.**

Court of Appeals of Kentucky.

April 19, 1974.

Edward L. O'Connor, Louisville, for appellant.

Joseph C. O'Bryan, Louisville, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

**UNITED DEALERS CORPORATION, Appellant,**

v.

**Conley LEWIS and Virginia Lewis McAlister, etc., et al., Appellees.**

Court of Appeals of Kentucky.

April 19, 1974.

Frederick G. Williams, Berea, for appellant.

Guy K. Duerson, Jr., Berea, for appellees.

Memorandum Opinion of the Court by Special Commissioner J. BRANDON PRICE, Affirming.*

* Opinion ordered not to be published.